**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1176**

---

TORNELLO PIERCE,

                                    Plaintiff - Appellant,

        versus

WELLS FARGO BANK, James Hanson (Vice
President),

                                    Defendant - Appellee.

---

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  William L. Osteen, Senior
District Judge.  (1:06-cv-00755-WLO)

---

Submitted:  May 31, 2007                 Decided:  June 6, 2007

---

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tornello Pierce, Appellant Pro Se.   Thomas G. Hooper, NELSON,
MULLINS, RILEY & SCARBOROUGH, L.L.P., Charlotte, North Carolina,
Joseph Samuel Dowdy, NELSON, MULLINS, RILEY & SCARBOROUGH, L.L.P.,
Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tornello Pierce appeals the district court's order accepting the recommendation of the magistrate judge and dismissing as frivolous his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Pierce v. Wells Fargo Bank</u>, No. 1:06-cv-00755-WLO (M.D.N.C. Feb. 14, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>